THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IKE SOHN, Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

MALCOLM M. ROY, Respondent, v. JOHN C. O'CONOR and WALTER S. GURNEE, as Executors, etc., of BELL BARNEY GURNEE, Deceased, Appellants.— Order denying motion for judgment dismissing complaint upon the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

HERMAN SCHREIBER, Respondent, v. CENTRAL NEW ENGLAND RAILWAY COMPANY and THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

PERCY F. TUNISON, Respondent, v. GEORGE W. AVERELL, Appellant.— Order denying motion to vacate notice of examination of defendant before trial affirmed, with ten dollars costs and disbursements. No opinion. Examination to proceed on five days' notice at same place and hour. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

ANTOINETTE H. ZUMMO, Respondent, v. ANTHONY S. ZUMMO, Appellant.— Order denying defendant's motion to modify decree by reducing alimony affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

# FIRST DEPARTMENT, MAY, 1929.

SARAH MILLARD, Respondent, v. SAMUEL MILLARD, Appellant.

PER CURIAM. Finding fourth (including subdivisions A, B, C, D, E, F, G, H, I, J, K and L) is reversed. Finding fifth is modified by reversing so much thereof as finds that the defendant refused and neglected to properly provide for plaintiff's support. Finding sixth is modified by substituting the sum of $125 a month for the sum of $45 per week and the first conclusion of law is modified accordingly. The judgment appealed from should be modified in accordance with this memorandum and as so modified affirmed, without costs. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ. Judgment modified as directed in opinion and as so modified affirmed, without costs. Settle order on notice.